IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **TAMMY JEAN ROBINETTE, ET AL.,** | ) |
| | ) |
| PLAINTIFFS, | ) |
| | ) |
| V. | ) CASE NUMBER: 2:06-cv-556 |
| | ) |
| **BILLY WAYNE FULMER, ET AL.,** | ) |
| | ) |
| DEFENDANTS. | ) |

**NOTICE OF TAKING DEPOSITION**

PLEASE TAKE NOTICE that the undersigned will take the deposition of the persons named, who are either parties or witnesses in this cause, on the days and times as set forth in Schedule A upon oral examination before a Notary Public or other officer authorized by law to administer oaths and shall continue from day-to-day until complete.

Under Rule 30(b)(6), *Federal Rules of Civil Procedure*, when a party's deposition notice names as the deponent a public or private corporation or a partnership or association or a governmental agency and describes with reasonable particularity the matters on which examination is requested, the organization so named shall designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf and may set forth, for each person designated, the matters on which the person will testify. In this notice, the matters on which private corporations, partnerships, and associations will be deposed are described in Schedule B.

The above-referenced deposition will be taken at the law offices of Azar & Azar, L.L.C, 260 Washington Avenue, Montgomery, Alabama, 36104, unless counsel for the parties can agree on another location prior to the time set for the deposition. The persons named are hereby requested to

bring with them or produce those items and documents as listed in Schedule C.

| SCHEDULE A | |
|---|---|
| **Date and Time** | **Deponent** |
| Friday, July 14, 2006, at 9:30 a.m. | **Chilton County Sheriff's Department** |
| Friday, July 14, 2006, immediately following the deposition of the Chilton County Sheriff's Department | **The City of Hoover, Alabama** |

## SCHEDULE B

The matters for deposition:

1. The name of the person who strip-searched Plaintiff Tammy Robinette when she was booked in the Chilton County Jail under the name "Tammy Sanders Parker" on August 14, 2004.

2. The name of the person employed by the Chilton County Sheriff's Department who performed an NCIC check on the name "Tammy Sanders Parker" on August 14, 2004.

3. The name(s) of the person(s) employed by the Chilton County Sheriff's Department who called the Hoover Police Department ("HPD") on August 14, 2004, to discuss and/or confirm an outstanding warrant for a person with the first name "Tammy" and last name "Parker."

4. The name(s) of the person(s) employed by the Chilton County Sheriff's Department who spoke with a person named "Flores" at HPD on August 14, 2004, about an outstanding warrant for a person with the first name "Tammy" and last name "Parker."

5. The name(s) of the person(s) employed by the Chilton County Sheriff's Department who was told by anyone at HPD to arrest Plaintiff Tammy Robinette, whose driver's license identified her as "Tammy Sanders Parker," and hold her for an HPD officer to pick up.

2

6. The name(s) of the person(s) employed by the City of Hoover who received information from and conveyed information to the Chilton County Sheriff's Department in connection with confirming the warrant pursuant to which Plaintiff Tammy Robinette was arrested at approximately 9:45 p.m. on August 14, 2004.

7. The name(s) of the person(s) employed by the City of Hoover who told someone at the Chilton County Sheriff's Department to arrest Plaintiff Tammy Robinette and hold her for an HPD officer to pick up.

8. The names of the persons employed by the Chilton County Sheriff's Department and the City of Hoover who were involved in the relay of information that led to the arrest of Plaintiff Tammy Robinette because of Hoover's outstanding warrant for a person with the first name "Tammy" and the last name "Parker" and the role each person played in the relay of information preceding the arrest and the ultimate decision to arrest Plaintiff.

9. The full name and position of the person identified as "SHELLEY" on dispatch records provided by the Chilton County Sheriff, and his or her involvement, if any, in the events leading to the arrest of Plaintiff.

10. The full name and position of the person identified as "LFULMER" on dispatch records provided by the Chilton County Sheriff, and his or her involvement, if any, in the events leading to the arrest of Plaintiff.

11. Brian Stilwell's participation in the events involving the confirmation of the warrant

12. Brian Stilwell's participation in the decision to arrest Plaintiff Tammy Robinette.

13. The full name and position of a person identified as "Lt. Smith" on jail records provided by the Chilton County Sheriff and Lt. Smith's involvement, if any, in the confirming of the

3

warrant, the decision to arrest, and/or the strip-searching of Plaintiff Tammy Robinette.

14. The name(s) of the person(s) who wrote the hand-written portions of the attached page from the records produced by the Chilton County Sheriff, and that person(s)' involvement, if any, in confirming the warrant pursuant to which Plaintiff Tammy Robinette was arrested.

15. Any name associated with the identification "102/Granny" on the attached page from the records produced by the Chilton County Sheriff and that person's involvement, if any, in confirming the warrant pursuant to which Plaintiff Tammy Robinette was arrested.

16. The full name and position of a person identified as "Officer Jones" on records provided by the City of Hoover and his or her involvement, if any, in the events at issue in this case.

17. The full name and position of a person believed to be an employee of the City of Hoover and identified as "Lt. Stewart" on records provided by the Chilton County Sheriff, and Lt. Stewart's involvement, if any, in the events at issue in this case.

18. The name(s) of the person(s) responsible for establishing and enforcing the strip-search policies of the Chilton County Jail.

19. The name(s) of the person(s) in the Chilton County Sheriff's Department responsible for establishing and enforcing policies regarding confirming warrants issued by other jurisdictions before arresting a person potentially wanted by another jurisdiction.

20. The name(s) of the person(s) at the City of Hoover who are responsible for establishing and enforcing policies regarding confirmation of warrants issued by the City of Hoover when another law enforcement agency has a person potentially wanted on one of Hoover's warrants.

21. The name(s) of the person(s) in the Chilton County Sheriff's Department responsible for establishing and enforcing policies regarding arresting persons on outstanding warrants issued by

the other jurisdictions.

22.     The name(s) of the person(s) in the Chilton County Sheriff's Department and/or the Chilton County Jail responsible for establishing and enforcing policies regarding review and confirmation of warrants before booking of detainees.

23.     The first name of Chilton County Sheriff's Department Dispatcher "L. Graham."

24.     The first name the person named "Flores" at the City of Hoover, Alabama, who confirmed the warrant at issue in this case.

## SCHEDULE C

Deponent is requested to bring the following documents to the deposition:

1.     Produce all documents and papers needed to testify about the matters set forth in Schedule B.

2.     A list of all of the women working in the Chilton County Jail between the hours of 9:45 p.m. on August 14, 2004, and 2:00 a.m. on August 15, 2004.

3.     A list of all of the dispatchers working in the Chilton County Sheriff's Department between the hours of 9:00 p.m. and 10:00 p.m. on August 14, 2004.

_____

George B. Azar (AZA002)

_____

Elizabeth C. Wible (WIB002)
Attorneys for Plaintiffs

OF COUNSEL:
AZAR & AZAR, L.L.C.
260 Washington Avenue
P.O. Box 2028
Montgomery, Alabama 36102-2028

Telephone: (334) 265-8551
Fax: (334) 261-3489
gazar@azarlaw.com
ewible@azarlaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this _____ day of _____ 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    (NOT APPLICABLE)

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    **Billy Wayne Fulmer**
    Sheriff of Chilton County, Alabama
    500 Second Avenue North
    Clanton, Alabama, 35045-3421

    **Officer Warren Garris**
    500 Second Avenue North
    Clanton, Alabama, 35045-3421

    **L. Graham**
    500 Second Avenue North
    Clanton, Alabama, 35045-3421

    **Jason Davis**
    500 Second Avenue North
    Clanton, Alabama, 35045-3421

    **City of Hoover, Alabama**
    100 Municipal Drive
    Hoover, Alabama, 35216

    **Flores**
    100 Municipal Drive
    Hoover, Alabama, 35216

    **Fictitious Defendant A** is the female officer
    who strip-searched Tammy Parker at the

Chilton County jail on or about August 14, 2004
500 Second Avenue North
Clanton, Alabama, 35045-3421

and I hereby certify that I have faxed the document to the following non-CM/ECF participants:

COUNSEL FOR SHERIFF FULMER
C. Winston Sheehan, Jr. Esquire                    Fax:    387-3222
Ball, Ball, Matthews & Novak, P.A.


COUNSEL FOR THE CITY OF HOOVER, ALABAMA
E. Dianne Gamble, Esquire                          Fax:    (205) 678-0000
Mark S. Boardman, Esquire
Boardman, Carr & Hutcheson, P.C.

_____
George B. Azar (AZA002)

_____
Elizabeth C. Wible (WIB002

7