**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Billy Wayne Fulmer**
Sheriff of Chilton County, Alabama
c/o Chilton County Commission
500 Second Avenue North
Clanton, Alabama, 35045-3421

2:06CV556-VPM

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Sheree Tate
B. Date of Delivery: 06-18-06
C. Signature: X Sheree Tate
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 0500 0002 7946 0919

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-142

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**City of Hoover, Alabama**
100 Municipal Drive
Hoover, AL 35216

2:06CV556-VPM

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Jan Stacy
B. Date of Delivery: 6.28.06
C. Signature: X Jan Stacy
☒ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service): 7003 0500 0002 7946 0933

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-142

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Flores**
100 Municipal Drive
Hoover, Alabama, 35216

2:06CV556-VPM

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Jan Stacy
B. Date of Delivery: 6.28.06
C. Signature: X Jan Stacy
☒ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 0500 0002 7946 0940

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-142