**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Officer Warren Garris
    500 Second Avenue North
    Clanton, Alabama, 35045-3421

    2:06CV556-VPM

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Pam Mims
B. Date of Delivery: 6/29/06
C. Signature: X [signature] ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 0500 0002 7946 0902

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-142

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    **Jailer Jason Davis**
    500 Second Avenue North
    Clanton, Alabama, 35045-3421

    2:06 CV556-VPM

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Pam Mallery
B. Date of Delivery: 6/29/06
C. Signature: X [signature] ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 0500 0002 7946 0896

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-142