IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **TAMMY JEAN ROBINETTE, ET AL.,** ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| V. ) | **CASE NUMBER: 2:06-cv-556** |
| ) | |
| **BILLY WAYNE FULMER, ET AL.,** ) | |
| ) | |
| DEFENDANTS. ) | |

**PLAINTIFFS' NOTICE OF SERVICE OF DISCOVERY DOCUMENTS**

TO:   **Chilton County Circuit Clerk**
   **P.O. Box 1946**
   **500 2nd Avenue North**
   **Clanton, AL 35046**

Please take notice that the following discovery documents were served by Plaintiffs on all parties on July 7, 2006, in the above entitled action:

( )   Interrogatories
( )   Answers to Interrogatories
( )   Request for Production
( )   Response to Request for Production
( )   Request for Admissions
( )   Response to Request for Admissions
( )   Notice of Intent to Serve Subpoena
(X)   Notice of Deposition: Chilton County Sheriff's Department and City of Hoover, Alabama
( )   Other: _____

Dated this the 7th day of July, 2006.

s/ George B. Azar
George B. Azar (AZA002)
Elizabeth C. Wible (WIB002)
Attorneys for Plaintiffs

OF COUNSEL:
AZAR & AZAR, L.L.C.
260 Washington Avenue
P.O. Box 2028
Montgomery, Alabama 36102-2028
Telephone: (334) 265-8551
Fax: (334) 261-3489
gazar@azarlaw.com
ewible@azarlaw.com

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on July 7, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that I served by hand delivery the document to the following non-CM/ECF participants:

    Billy Wayne Fulmer
    Sheriff of Chilton County, Alabama
    500 Second Avenue North
    Clanton, Alabama, 35045-3421

    Officer Warren Garris
    500 Second Avenue North
    Clanton, Alabama, 35045-3421

    Jason Davis
    Chilton County Sheriff's Department
    500 Second Avenue North
    Clanton, Alabama, 35045-3421

    City of Hoover, Alabama
    100 Municipal Drive
    Hoover, Alabama, 35216

    Flores
    100 Municipal Drive
    Hoover, Alabama, 35216; and

    Fictitious Defendant A
    the female officer who strip-searched Tammy Parker at the
    Chilton County jail on or about August 14, 2004
    500 Second Avenue North
    Clanton, Alabama, 35045-3421

and I hereby certify that I have faxed the document to the following:

    COUNSEL FOR SHERIFF FULMER
    C. Winston Sheehan, Jr. Esquire
    Ball, Ball, Matthews & Novak, P.A.        Fax:   387-3222

    COUNSEL FOR THE CITY OF HOOVER, ALABAMA
    E. Dianne Gamble, Esquire
    Mark S. Boardman, Esquire
    Boardman, Carr & Hutcheson, P.C.        Fax:   (205) 678-0000

                            s/George B. Azar