IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **TAMMY JEAN ROBINETTE, ET AL.,** | ) |
| | ) |
| PLAINTIFFS, | ) |
| | ) |
| V. | ) CASE NUMBER: 2:06cv556-MHT |
| | ) |
| **BILLY WAYNE FULMER, ET AL.,** | ) |
| | ) |
| DEFENDANTS. | ) |

**NOTICE OF VOLUNTARILY DISMISSAL OF DEFENDANT FLORES
PURSUANT TO RULE 41(a), FED. R. CIV. P.**

COME NOW Plaintiffs in the above-styled action pursuant to Rule 41(a), Fed. R. Civ. P., and voluntarily dismiss their claims against Defendant Flores. As grounds for this dismissal, Plaintiffs show the following:

1.   Plaintiffs filed a Complaint in this Court on or about June 23, 2006, and named Flores as a Defendant.

2.   Defendant Flores was served with a copy of the Complaint and a summons on or about June 28, 2006. She has not yet filed an answer, a motion for summary judgment, or any other responsive pleading.

3.   Rule 41(a), Fed. R. Civ. P., provides that an "action may be dismissed by the plaintiff without order of the court ... by filing a notice of dismissal at any time before service by the adverse party of answer or of a motion for summary judgment, whichever occurs first." When no prior dismissal under this rule has occurred, such a dismissal is without prejudice.

4.   Pursuant to Rule 41(a), Plaintiffs are hereby voluntarily dismissing their claims against Defendant Flores, and under the circumstances, the dismissal is without prejudice.

                                                                                   s/ George B. Azar
George B. Azar (AZA002)

                                                          s/ Elizabeth C. Wible
Elizabeth C. Wible (WIB002)
Attorneys for Plaintiffs

OF COUNSEL:
AZAR & AZAR, L.L.C.
260 Washington Avenue
P.O. Box 2028
Montgomery, Alabama 36102-2028
Telephone: (334) 265-8551
Fax: (334) 261-3489
gazar@azarlaw.com
ewible@azarlaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 19, 2006, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

     (NOT APPLICABLE)

     I hereby certify that I have mailed by U.S. Postal Service, postage prepaid, the foregoing document to the following non-CM/ECF participants:

Billy Wayne Fulmer
Sheriff of Chilton County, Alabama
500 Second Avenue North
Clanton, Alabama, 35045-3421

Warren Garris
500 Second Avenue North
Clanton, Alabama, 35045-3421

Jason Davis
Chilton County Sheriff's Department
500 Second Avenue North
Clanton, Alabama, 35045-3421

Linda Graham
81 Mary Street
Thorsby, Alabama, 35171

The City of Hoover, Alabama
100 Municipal Drive
Hoover, Alabama, 35216

Collin Flores
100 Municipal Drive
Hoover, Alabama, 35216; and

Angie Smith, formerly named as Fictitious Defendant A
the female officer who strip-searched Tammy Parker at the
Chilton County jail on or about August 14, 2004
500 Second Avenue North
Clanton, Alabama, 35045-3421

COUNSEL FOR SHERIFF FULMER
C. Winston Sheehan, Jr. Esquire
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama 36102-2148

COUNSEL FOR THE CITY OF HOOVER, ALABAMA
E. Dianne Gamble, Esquire
Mark S. Boardman, Esquire
BOARDMAN, CARR & HUTCHESON, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-8211

Chilton County, Alabama
500 Second Avenue North
Clanton, Alabama, 35045-3421

County Commission of Chilton County, Alabama
500 Second Avenue North
Clanton, Alabama, 35045-3421

Chilton County E-911 Board
500 Second Avenue North
Clanton, Alabama, 35045-3421

Shane Mayfield
500 Second Avenue North
Clanton, Alabama, 35045-3421

Cheryl Robinson
500 Second Avenue North
Clanton, Alabama, 35045-3421

Shane Lockhart
500 Second Avenue North
Clanton, Alabama, 35045-3421

<u>s/George B. Azar</u>
<u>s/ Elizabeth C. Wible</u>

N:\WP51\GBA\Rob-Chi\Rule 41(a) Motion.wpd