**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 20, 2006

# NOTICE OF VOLUNTARY DISMISSAL

Re:  Tammy Jean Robinette, et al vs. Billy Wayne Fulmer, et al
     Civil Action No. 2:06cv556-MHT

Pursuant to the Notice of Dismissal filed by the plaintiff on 7/19/06, the defendant, Flores is no longer a party in this case.  All claims against this defendant are dismissed without prejudice.