**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Shane Mayfield
   500 Second Avenue North
   Clanton, AL 35045-3421

   2:06 CV 556-MHT

2. Article Number (Transfer from service label): 7003 0500 0002 7946 1060

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-142

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): 5 Tate
B. Date of Delivery: 7/24
C. Signature: X Sheree Tate
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Shane Lockhart
   500 Second Avenue North
   Clanton, AL 35045-3421

   2:06 CV 556-MHT

2. Article Number (Transfer from service label): 7003 0500 0002 7946 1053

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-142

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): 5 Tate
B. Date of Delivery: 7/24
C. Signature: X Sheree Tate
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes