IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAMMY JEAN ROBINETTE, et al., ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 2:06-CV-556 |
| ) | |
| BILLY WAYNE FULMER, et al. ) | |
|     Defendants. ) | |

## NOTICE OF PROCEEDING

**COME NOW** the Defendants, by and through their attorney of record, and hereby gives notice to the Attorney General of the State of Alabama pursuant to Section 6-6-227 of the Code of Alabama, 1975, of their challenge to the constitutionality of the recovery of punitive and discretionary damages in this action. A copy of the Plaintiff's Amended and Substituted Complaint filed in the above styled matter and the Answer thereto filed by this Defendant is attached hereto.

                                       /s/ C. Winston Sheehan, Jr.
                                       C. WINSTON SHEEHAN, JR.
                                       Attorney for Defendant, Sheriff Billy Wayne Fulmer, Officers Warren Garris, and Jason Davis

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

## CERTIFICATE OF SERVICE

      I hereby certify that on August 2, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons:

Hon. George Azar
Hon. Elizabeth C. Wible
Azar & Azar, L.L.C.
260 Washington Avenue
Post Office Box 2028
Montgomery, AL 36102-2028

and the following non-registered persons were served by placing same in the U.S. mail postage prepaid on this the 2nd day of August, 2006.

Hon. Diane Gamble
Hon. Mark Boardman
Boardman, Carr & Hutcheson, P.D.
400 Boardman Drive
Chelsea, Alabama 35043-8211

/s/ C. Winston Sheehan, Jr.
OF COUNSEL