IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TAMMY JEAN ROBINETTE and<br>JAMES BRYAN ROBINETTE,<br><br>Plaintiffs,<br><br>v.<br><br>BILLY WAYNE FULMER, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    CASE NO. 2:06-cv-556-MHT<br>)<br>)<br>)<br>)<br>) |

## MOTION TO DISMISS OF DEFENDANT LINDA BINGHAM

Defendant Linda Bingham, referred to in the complaint in this case as Linda Graham, moves the Court to dismiss the claims alleged against her in the plaintiffs' Amended and Substituted Complaint in this case (referred to for convenience as "the Complaint"), on the following grounds.

1. The Complaint fails to state a claim upon which relief may be granted as to said defendant.

2. The claims in the Complaint alleged against said defendant under 42 U.S.C. § 1983 are barred by qualified immunity.

3. Plaintiffs have no maintainable claim against said defendant under the Fourteenth Amendment to the Constitution for the matters alleged in the Complaint in this case.

4. Because the Complaint alleges that plaintiff Tammy Robinette was arrested pursuant to an arrest warrant, although the arrest warrant was issued in the name of another person with a similar name, plaintiffs have no maintainable state law tort claim of false arrest or false imprisonment.

5. Plaintiffs' official capacity claims against said defendant are redundant and superfluous and are due to be dismissed.

6. Plaintiffs' claims against said defendant for "gross negligence" do not state a claim cognizable under Alabama law.

s/ George W. Royer, Jr.<br>
George W. Royer, Jr.

LANIER FORD SHAVER & PAYNE, P.C.
200 West Side Square
Suite 5000
Huntsville, AL 35801
Phone: 256-535-1100
Fax: 256-533-9322
E-mail: gwr@lfsp.com

Attorneys for Defendant Linda Bingham

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing upon the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Elizabeth Camilla Wible, Esquire
    George Bernard Azar, Esquire
    AZAR & AZAR
    Post Office Box 2028
    Montgomery, AL 36102-2028

    C. Winston Sheehan, Jr., Esquire
    BALL, BALL, MATTHEWS & NOVAK, P.A.
    Post Office Box 2148
    Montgomery, AL 36102-2148

    Elizabeth Dianne Gamble, Esquire
    Mark S. Boardman
    BOARDMAN, CARR, WEED, & HUTCHESON, P.C.
    400 Boardman Drive
    Chelsea, AL 35043-8211

on this the 14th day of August, 2006.

                                          s/ George W. Royer, Jr.
                                          George W. Royer, Jr.