IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TAMMY JEAN ROBINETTE and    )
JAMES BRYAN ROBINETE,       )
                            )
    Plaintiffs,             )
                            )   CIVIL ACTION NO.
    v.                      )    2:06cv556-MHT
                            )
BILLY WAYNE FULMER, etc.,   )
et al.,                     )
                            )
    Defendants.             )
```

ORDER

It is ORDERED that the motion to dismiss (doc. no. 25) is set for submission, without oral argument, on September 1, 2006, with all briefs due by said date.

DONE, this the 15th day of August, 2006.

                      /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE