### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **TAMMY JEAN ROBINETTE, ET AL.,** | ) |
| | ) |
| PLAINTIFFS, | ) |
| | ) |
| v. | ) **CASE NUMBER: 2:06cv556-MHT** |
| | ) |
| **BILLY WAYNE FULMER, ET AL.,** | ) |
| | ) |
| DEFENDANTS. | ) |

### REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), on August 16, 2006, the following attorneys held a conference call:

George B. Azar and Elizabeth C. Wible for Plaintiffs.

C. Winston Sheehan, Jr., for Defendants Billy Wayne Fulmer; Chilton County, Alabama; County Commission of Chilton County, Alabama; Chilton County E-911 Board; Warren Garris; Shane Mayfield; Cheryl Robinson; Shane Lockhart; Jason Davis; and Angie Smith.

Dianne Gamble for Defendant City of Hoover, Alabama.

George W. Royer, Jr., for Defendant Linda Graham Bingham.

2. Pre-Discovery Disclosures. The parties will exchange by September 15, 2006, the information required by Fed. R. Civ. P. 26(a)(1).

3. Discovery Plan. The parties jointly propose to the court the following discovery plan:

    a. Discovery will be needed on the following subjects:

        (1) All of the allegations contained in Plaintiffs' Complaint that have not been admitted by Defendants.

        (2) All of the defenses raised in Defendants' Answers.

  b. All discovery commenced in time to be completed by July 31, 2007.

  c. Maximum of 40 interrogatories by each party to any other party. Responses due 30 days after service.

  d. Maximum of 40 requests for admission by each party to any other party. Responses due 30 days after service.

  e. Maximum of 20 depositions by Plaintiffs and 20 by Defendants.

  f. Each deposition, other than of parties, limited to maximum of 8 hours unless extended by agreement of parties.

  g. Reports from retained experts under Rule 26(a)(2) due:

  from Plaintiffs by: January 15, 2007

  from Defendants by: March 1, 2007

  h. Supplementations under Rule 26(e) due within 14 days of learning that there is additional information that should be disclosed.

4. Other Items.

The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference in September 2007.

Plaintiffs should be allowed until January 15, 2007, to join additional parties and amend the pleadings.

Defendants should be allowed until February 15, 2007, to join additional parties and amend the pleadings.

All potentially dispositive motions should be filed by May 31, 2007.

Settlement cannot be evaluated prior to May 31, 2007, and may be enhanced by use of the

following alternative dispute resolution procedure: Mediation.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due

from Plaintiffs by:   August 30, 2007

from Defendants by:   September 10, 2007

Parties should have 7 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by October 1, 2007, and at this time is expected to take approximately 5 days.

Date: August 17, 2006

*s/ George B. Azar*
George B. Azar (AZA002)
Elizabeth C. Wible (WIB002)
Attorneys for Plaintiffs
AZAR & AZAR, L.L.C.
P.O. Box 2028
Montgomery, Alabama 36102-2028
Telephone: (334) 265-8551
Fax: (334) 261-3489
e-mail:  gazar@azarlaw.com
e-mail:  ewible@azarlaw.com

*s/E. Dianne Gamble*
Mark S. Boardman (BOA001)
E. Dianne Gamble (GAM021)
Attorneys for City of Hoover, Alabama
BOARDMAN, CARR & HUTCHESON, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-8211
Telephone: (205) 678-8000
Facsimile: (205) 678-0000

*s/ C. Winston Sheehan, Jr.*
C. WINSTON SHEEHAN, JR.
Attorney for Defendant, Sheriff Billy Wayne
     Fulmer, Officers Warren Garris, and
     Jason Davis
BALL, BALL, MATTHEWS & NOVAK, P.A.
Post Office Box 2148
Montgomery, Alabama 36102-2148
Telephone: (334) 387-7680
Fax: (334) 387-3222

*s/George W. Royer, Jr.*
George W. Royer, Jr.
LANIER, FORD SHAVER & PAYNE, P.C.
200 West Side Square, Suite 5000
Huntsville, AL 35801
Telephone: (256) 535-1100
Fax: (256) 533-9322
e-mail:  gwr@lfsp.com