IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAMMY JEAN ROBINETTE, et al.,<br>Plaintiffs,<br><br>v.<br><br>BILLY WAYNE FULMER, et al.<br>Defendants. | )<br>)<br>)<br>)  Case No.: 2:06-CV-556<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the plaintiffs, by and through their attorney of record, and the defendants, by and through their attorneys of record, and by stipulation and agreement, hereby move this Honorable Court to dismiss the above-referenced matter with prejudice, each party to bear his, her, or its own costs for the case that is pending in the United States District Court for the Middle District of Alabama.

Respectfully submitted this 20th day of November, 2006.

_____
George Azar, as Attorney for Plaintiffs
Tammy Jean Robinette and James Bryan Robinette

OF COUNSEL:
Azar & Azar, L.L.C.
2740 Zelda Road, Fourth Floor
PO Box 2028
Montgomery, AL 36102-2028

_____
C. Winston Sheehan, Jr.
Attorney for Defendant, Sheriff Fulmer, Chilton County, County Commission of Chilton County, Alabama, Chilton County E-911 Board, Warren Garris, Shane Mayfiled, Cheryl Robinson, Shane Lockhart, Jason Davis, and Angie Smith.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
Phone: (334) 387-7680
Fax:    (334) 387-3222

_____
E. Dianne Gamble, as Attorney for City of Hoover

OF COUNSEL:
Boardman, Carr & Hutcheson, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-8211

_____
George Royer, as Attorney for Linda Graham Bingham

Lanier, Ford, Shaver & Payne, P.C.
Suite 5000
200 Westside Square
Post Office Box 2087
Huntsville, AL 35801